# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JIMENEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>IKEA NORTH AMERICAN SERVICES LONG TERM DISABILITY PLAN, METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendants. | Case No.:1:10-cv-00694 LJO DLB<br><br>ORDER REASSIGNING CASE<br><br>**Old Case Number:  1:10-cv-00694 LJO DLB**<br><br>**New Case Number: 1:10-cv-00694 LJO JLT** |

    The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:10-cv-00694 LJO  JLT.**  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    Furthermore, the Initial Scheduling Conference set for July 22, 2010 at 9:00 a.m. remains calendared but will be held at 1200 Truxtun Avenue, Suite 120, Bakersfield, California before Magistrate Judge Thurston.

///

///

///

Counsel may appear by telephone. If they wish to appear by telephone, they must indicate this on the front of their Joint Scheduling Conference. In the event that more than one attorney requests to appear by telephone then counsel shall agree who arrange and originate a single conference call to the court. Once all parties are on the line, the call shall be placed to the Court at (661) 326-6620.

IT IS SO ORDERED.

Dated:   **June 7, 2010**                             **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE