1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   RICK JIMINEZ                          )    Case No.: 1:10-cv-00694 LJO  JLT
                                           )
12              Plaintiff,                 )    ORDER AMENDING SCHEDULING
                                           )    ORDER
13       v.                                )
                                           )
14   IKEA NORTH AMERICAN SERVICES          )
     LONG TERM DISABILITY PLAN,            )
15   METROPOLITAN LIFE INSURANCE           )
     COMPANY,                              )
16                                         )
                Defendants.                )
17                                         )
                                           )
18   _____ )

19       In this ERISA matter, on February 11, 2011, the parties filed a stipulation requesting that

20   a briefing schedule be ordered and a date set for the filing of the administrative record.  (Doc. 12)

21   On February 16, 2011, the Court held a telephonic conference with the parties. (Doc. 14)

22       Based upon the stipulation of the parties and the telephonic conference, the Court

23   ORDERS the scheduling order to be amended as follows:

24       1.    The Administrative Record will be filed no later than March 14, 2011;

25       2.    Plaintiff's pre-trial brief, of no more than 25 pages, will be filed no later than April

26             22, 2011;

27

28                                         1

1    3.    Defendant's pre-trial brief, of no more than 25 pages, will be filed no later than

2         May 20, 2011.[1]

3

4    IT IS SO ORDERED.

5    Dated:   **February 17, 2011**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
         ───────────────────
         [1] The Court does not set a deadline for filing Reply papers because it appears from the stipulation, that the
27   parties agree that there will be no reply brief.

28                                              2