Robert K. Renner (155283), rrenner@bargerwolen.com
James C. Castle (235551), jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 W. Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
IKEA North America Services Long Term
Disability Plan and Metropolitan Life Insurance
Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JIMENEZ, | CASE NO.: 10-CV-00694-LJO-DLB |
| Plaintiff, | **ORDER ON APPLICATION TO FILE ADMINISTRATIVE RECORD UNDER SEAL** |
| vs. | |
| IKEA NORTH AMERICAN SERVICES LONG TERM DISABILITY PLAN, METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | Complaint Filed: April 20, 2010 |

k:\ljo\to_be_signed\10cv0694.order to file under seal.glg.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

10-CV-00694-LJO-DLB
[PROPOSED] ORDER APPLICATION TO FILE ADMINISTRATIVE RECORD UNDER SEAL

# **ORDER**

Pursuant to the application by Defendants IKEA North American Services Long Term Disability Plan ("Plan") and Metropolitan Life Insurance Company ("MetLife"), and good cause appearing, the Administrative Record shall be filed under seal to prevent the disclosure of Plaintiff Rick Jimenez's personal data identifiers.

IT IS SO ORDERED.

Dated:   **March 14, 2011**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES MAGISTRATE JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-                                           10-CV-00694-LJO-DLB
[PROPOSED] ORDER ON APPLICATION TO FILE ADMINISTRATIVE RECORD UNDER SEAL