# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JIMENEZ, | CASE NO.: 10-CV-00694-LJO-DLB |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | [Lodged Concurrently With:<br> - Stipulation for Dismissal] |
| IKEA NORTH AMERICAN SERVICES LONG TERM DISABILITY PLAN, METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | Complaint Filed: April 20, 2010 |

k:\ljo\to_be_signed\10cv694.order.docx

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

10-CV-00694-LJO-DLB

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

# **ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his/its own attorneys' fees and costs.

Submitted by:

BARGER & WOLEN LLP

/s/ *Robert K. Renner*
ROBERT K. RENNER
Attorneys for Defendants

IT IS SO ORDERED.

Dated:  **June 16, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-   10-CV-00694-LJO-DLB
[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE